UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TERRY LEE MORRIS,**

    Plaintiff,

v.

                                        **No. 4:26-cv-00796-P**

**GEORGE GALLAGHER, ET AL.,**

    Defendants.

## ORDER & FINAL JUDGMENT

On June 30, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in the above-captioned case. ECF No. 9. The FCR recommends that Plaintiff's claims be dismissed for being frivolous. ECF No. 9 at 2. Plaintiff filed an Objection to the FCR on July 13, 2026. ECF No. 10.

The Court has conducted a *de novo* review of the following:

1.  The pleadings and record;

2.  The FCR of the United States Magistrate Judge (ECF No. 9);

3.  The Plaintiff's written objections to the FCR (ECF No. 10); and

4.  The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's objections are **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. If a court determines that dismissal of a claim is appropriate, it should be with prejudice if amending the claim would be futile or "the plaintiff has alleged his best case." *Jones v. Greninger*, 188 F.3d 322, 327 (5th Cir. 1999); *see Schiller v. Physicians Res. Group, Inc.,* 342 F.3d 563, 566 (5th Cir.2003).

Therefore, all claims against all Defendants are **DISMISSED with prejudice.**

This is a final judgment for appellate purposes.

**SO ORDERED** on this **15th day of July 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE